[No. 62609-4-I.   Division One.   January 25, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYNE DEE WELLS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00690-3, Susan K. Cook, J., entered October 24, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Appelwick and Lau, JJ.

[No. 62703-1-I.   Division One.   January 25, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW J. GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00076-1, Susan K. Cook, J., entered November 21, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Appelwick, J.

[No. 62743-1-I.   Division One.   January 25, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN ERIC GRATIAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-00877-5, Ronald L. Castleberry, J., entered December 8, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Appelwick, J.

[No. 62869-1-I.   Division One.   January 25, 2010.]

DAN CLAWSON, *Appellant*, v. RANDY CORMAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-30322-7, Mary Yu, J., entered December 12, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Lau, J.